IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01052-EWN-MJW

VIRGINIA GOURLEY, et al.,

Plaintiff(s),

v.

JOSEPH DULIN, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint, filed with the Court on October 26, 2006, (DN 24), is GRANTED up to and including November 3, 2006.

It is FURTHER ORDERED that the Unopposed Motion to Allow Defendant Dulin to Attend Settlement Conference by Telephone, filed with the Court on October 26, 2006, (DN 25), is GRANTED.   Counsel shall ensure the availability of Defendant Dulin for the settlement conference by telephone conference call.  The Court's telephone number is (303) 844-2403.

Date:   October 27, 2006